No. 4749.—LÓPEZ ET ALS., apltes., *v.* DEXTER, ETC., apldos.— C. D. San Juan. Julio 26, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

POR CUANTO, la parte apelada solicitó la desestimación del recurso establecido en este caso por no haberse presentado en tiempo el alegato y por frívolo;

POR CUANTO, examinados los autos resulta que si bien el alegato no fué presentado dentro de la última prórroga concedida, el día del vencimiento de dicha prórroga la parte apelante solicitó una nueva y cuando se llamó para la vista de la moción de desestimación ya estaba archivado el alegato, y

POR CUANTO, basta un ligero estudio del alegato de los apelantes para convencerse de que los errores en que basan su apelación no son enteramente frívolos,

POR TANTO, se declara sin lugar la moción.

No. 770.—MAYAGÜEZ SUGAR Co., recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE MAYAGÜEZ, recurrido.— Julio 26, 1929. Por los motivos consignados en la opinión dictada en el caso de *Mayagüez Sugar Co.* v. *El Registrador de la Propiedad de Mayagüez,* recurso gubernativo No. 771, resuelto en el día de hoy, se revoca la nota recurrida del Registrador de la Propiedad de Mayagüez, de fecha 6 de mayo, 1929, y se ordena la inscripción solicitada.

No. 5032.—ESCAPA, aplte., *v.* SALIVA, apldo.—C. D. Mayagüez. Julio 26, 1929. Basándose la moción de reconsideración en que el término que tiene el apelante en este caso para presentar su alegato es de veinte días contados a partir de la fecha de la radicación de los autos, cuando en realidad es solamente de diez días, *no ha lugar.*